# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 148 |
| | : | |
| AMENDMENT OF RULES 3.5 AND 8.2 | : | DISCIPLINARY RULES |
| OF THE PENNSYLVANIA RULES OF | : | |
| PROFESSIONAL CONDUCT | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2016, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal to amend Pa.R.P.C. 3.5 and 8.2 having been published for comment in the Pennsylvania Bulletin, 46 Pa.B. 4820 (August 6, 2016):

    It is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 3.5 and 8.2 of the Rules of Professional Conduct are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Additions to the rules are in bold and are underlined.
Deletions from the rules are shown in bold and brackets.